**ROBERT E. HOGAN, v. VIRGINIA MAYE BURTNER, a single woman**

30 So. (2nd) 634                                                    January Term, 1947
June 3, 1947                                                        Special Division B

*E. Paul Beatty,* for petitioner.

*Roscoe Brunstetter,* for respondent.

PER CURIAM:

Here we are asked to review on certiorari the judgment of the Circuit Court of Dade County, affirming the judgment of the Civil Court of Record of Dade County in a replevin action. The petitioner failed to show that appellant in the trial court suffered any injury by reason of the alleged errors complained of and, therefore, has failed here to show any reversible error. Certiorari is denied.

So ordered.

TERRELL, Acting Chief Justice, BUFORD and ADAMS, JJ., and HOLT, Associate Justice, concur.